1

2

3

4                       **IN THE UNITED STATES DISTRICT COURT**

5                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

6

7   DAVID C. GLOW,                              CASE NO. **CV-F-05-00193 LJO**
                                                    New case number
8                   Plaintiff,
                                                _____**ORDER TO SIGN AND RETURN**
9        vs.                                         **MAGISTRATE JUDGE CONSENT FORM**

10  LOCOMOTIVE ENGINEERS &
    CONDUCTORS MUTUAL PROTECTIVE
11  ASSOCIATION,

12                  Defendant.
                                       /
13  _____

14        The parties' counsel indicated they consent to the conduct of all further proceedings, including

15  trial, before a United States Magistrate Judge. Accordingly, this Court ORDERS the parties' counsel to

16  obtain a Consent to Exercise of Jurisdiction by a United States Magistrate Judge ( "consent form"),

17  which is available from this Court's webpage at http://207.41.18.73/caed/staticOther/page_947.htm.

18  This Court further ORDERS the parties' counsel, no later than June 17, 2005 to sign and date the

19  consent form and then submit the consent form to the chambers of United States Magistrate Judge

20  Lawrence J. O'Neill, 1130 "O" Street, Room 1116, Fresno, CA 93721-2201.

21        **The new case number shall be CV F 05-00193 LJO.  All further papers shall bear the new**

22  **case number.**

23  IT IS SO ORDERED.

24  **Dated:    May 23, 2005**              _____**/s/ Lawrence J. O'Neill**_____
    b9ed48                               UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                        1