IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. GLOW,<br><br>                Plaintiff,<br>    vs.<br><br>LOCOMOTIVE ENGINEERS & CONDUCTORS MUTUAL PROTECTIVE ASSOCIATION,<br><br>                Defendant.<br>_____/ | CASE NO. **CV-F-05-00193 REC LJO**<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

    The parties to this action have submitted Consents to Exercise of Jurisdiction by a United States Magistrate Judge. Thus, on the basis of good cause, this action is referred to United States Magistrate Judge Lawrence J. O'Neill for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(c) and F.R.Civ.P. 73(c). The new case number shall be **CV-F-05-0193 LJO**. All further documents filed in this action shall bear the new case number.

IT IS SO ORDERED.

**Dated:  June 20, 2005**                           **/s/ Robert E. Coyle**
668554                                              UNITED STATES DISTRICT JUDGE

1