1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                            EASTERN DISTRICT OF CALIFORNIA

9

10   DAVID C. GLOW,                           CASE NO. **CV-F-05-00193 LJO**

11                                            **ORDER RE DISPOSITIVE DOCUMENTS**
                        Plaintiff,            **AFTER NOTICE OF SETTLEMENT**
12        vs.

13   LOCOMOTIVE ENGINEERS &
     CONDUCTORS MUTUAL PROTECTIVE
14   ASSOCIATION,

15                      Defendants.
     _____/
16

17        Counsel has informed the Court that the above-captioned case has settled.  **In accordance with**

18   **the provisions of Local Rule 16-160, the Court now orders that dispositive documents be**

19   **submitted no later than August 29, 2005.**

20        **All court dates**, including the November 2, 2005 settlement conference, the March 16, 2006

21   pretrial conference, the May 1, 2006 trial, and any pending motions set in this matter are **VACATED**.

22        Failure to comply with this order may be grounds for the imposition of sanctions on any and all

23   counsel or parties who contributed to the violation of this order (see this Court's Local Rule 16-160 and

24   Local Rule 16-272.)

25   IT IS SO ORDERED.

26   **Dated:    August 1, 2005**              _____/s/ Lawrence J. O'Neill_____
     b9ed48                                  UNITED STATES MAGISTRATE JUDGE
27

28