FRANK N. DARRAS #128904
MICHAEL B. HORROW #162917
SHERNOFF BIDART & DARRAS, LLP
3257 East Guasti Road
Suite 300
Ontario, California 91761
Telephone:  (909) 390-3770
Facsimile:  (909) 974-2121

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. GLOW,<br><br>  Plaintiff,<br><br>vs.<br><br>LOCOMOTIVE ENGINEERS & CONDUCTORS MUTUAL PROTECTIVE ASSOCIATION,<br><br>  Defendant | Case No.: 1:05-CV-00193 LJO<br><br>**STIPULATION AND ORDER RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff DAVID C. GLOW, and defendant LOCOMOTIVE ENGINEERS & CONDUCTORS MUTUAL PROTECTIVE ASSOCIATION, and their attorneys of record, that the parties have resolved this matter in its entirety.

/ / /

/ / /

- 1 -
STIP AND ORDER TO DISMISS

1  IT IS HEREBY AGREED that the complaint and any counterclaim on file herein
2  shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

Dated: August 15, 2005        SHERNOFF BIDART & DARRAS, LLP

_____
FRANK N. DARRAS
MICHAEL B. HORROW
Attorneys for Plaintiff: DAVID C. GLOW,

Dated: August 16, 2005        ROGER, SCOTT & HELMER LLP

_____
NORMAN J. ROGER
PATRICIA M. FAMA.
Attorneys for Defendant:
LOCOMOTIVE ENGINEERS & CONDUCTORS
MUTUAL PROTECTIVE ASSOCIATION,

## ORDER

IT IS SO ORDERED.

Dated: Aug 21, 2005         _____
LAWRENCE J. O'NEILL
Magistrate Judge of the United States District Court